Exhibit 2

## Infringement Claim Chart for U.S. Pat. No. US7256899B1 v. 3D Systems ("Defendant")

(See Accused Product List at end of chart for models)

| Claim16 | Evidence |
|---|---|
| 16. A system for acquiring an approximation of a surface geometry of a 3-dimensional object comprising: | The 3D Systems Capture Mini is a system for acquiring an approximation of a surface geometry of a 3-dimensional object.<br><br>For example, the Capture Mini is a 3D scanning device for measuring the three-dimensional shape of an object using projected light patterns and a camera system. The Capture Mini includes a scanner head that projects a series of light patterns (e.g. parallel stripes) onto the scan target. When light projects onto the object's surface, the patterns become distorted. The camera system captures these images and sends them for processing to a computer executing 3D scanning software.<br><br>ROCK HILL, South Carolina, November 24, 2014 – 3D Systems (NYSE:DDD) announced today the release of its Capture™ Mini scan-based design and inspection system — a smaller, more accurate version of its previously released Geomagic® Capture system. With a choice of 3DS' industry-leading Geomagic software products included, the Capture Mini system is an economical, highly accurate and easy-to-use turnkey solution for scanning, designing and inspecting small objects. It is ideal for industries such as manufacturing, product design, mechanical, jewelry and dental appliances.<br><br>Source: https://www.3dsystems.com/press-releases/3d-systems-releases-capture-mini-latest-solution-scan-based-design-and-inspection<br><br>Thank you for purchasing the Geomagic Capture Series 3D Scanner. Geomagic Capture is a family of powerful, integrated scanner and software systems for professional Scan-Based Design and quality inspection. It is available in six application-specific configurations, combining the best of Geomagic software with a compact, ultra-precise blue light LED 3D scanner. |



Source:https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/
WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf

Source: https://support.3dsystems.com/s/article/What-are-the-Scanner-Specifications-
of-the-Capture-and-Capture-Mini-Scanner?language=en_US&r=880&ui-knowledge-
components-aura-

actions.KnowledgeArticleVersionCreateDraftFromOnlineAction.createDraftFromOnlineArticle=1





Source: https://www.youtube.com/watch?v=F1nTEt-GtZo

<table>
<tr><td></td><td>



Source: https://support.3dsystems.com/s/article/Setting-up-the-Capture-Scanner?language=en_US&r=880&ui-knowledge-components-aura-actions.KnowledgeArticleVersionCreateDraftFromOnlineAction.createDraftFromOnlineArticle=1

</td></tr>
<tr><td>

means for establishing an object coordinate system in known relationship to the object;

</td><td>

The 3D Systems Capture Mini includes means for establishing an object coordinate system in known relationship to the object.

For example, the Capture Mini includes a computer to establish an object coordinate system using an image of the target object, having reference features thereon, and the position of the scanner head when the image was captured.

Thank you for purchasing the Geomagic Capture Series 3D Scanner. Geomagic Capture is a family of powerful, integrated scanner and software systems for professional Scan-Based Design and quality inspection. It is available in six application-specific configurations, combining the best of Geomagic software with a compact, ultra-precise blue light LED 3D scanner.

</td></tr>
</table>



Source: https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/
WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf



5

<table>
<tr><td></td><td>



Source: https://www.youtube.com/watch?v=F1nTEt-GtZo

</td></tr>
<tr><td>

means for projecting a pattern of structured light of known geometry onto the object;

</td><td>

The 3D Systems Capture Mini includes means for projecting a pattern of structured light of known geometry onto the object.

For example, the Capture Mini includes a light source (e.g. a blue light LED) that projects a series of light patterns (e.g. parallel stripes) onto the scan target.



Source:https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf

</td></tr>
</table>





Source: https://www.youtube.com/watch?v=F1nTEt-GtZo



Source: https://support.3dsystems.com/s/article/Setting-up-the-Capture-Scanner?language=en_US&r=880&ui-knowledge-components-aura-actions.KnowledgeArticleVersionCreateDraftFromOnlineAction.createDraftFromOnlineArticle=1

| means for forming an image of an intersection of the pattern of structured light with the object; | The 3D Systems Capture Mini includes means for forming an image of an intersection of the pattern of structured light with the object.<br><br>For example, the Capture Mini includes a camera system. The camera system includes an electro-optical image sensor (e.g. CMOS or CCD image sensor depending on the model) that captures the patterns of the light projected onto the target object. |
|---|---|



Source:https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf

| | |
|---|---|
| | <br><br>Source: https://support.3dsystems.com/s/article/Setting-up-the-Capture-Scanner?language=en_US&r=880&ui-knowledge-components-aura-actions.KnowledgeArticleVersionCreateDraftFromOnlineAction.createDraftFromOnlineArticle=1 |
| processing means for generating a set of data characterizing the intersection relative to a position of the pattern of light; | The 3D Systems Capture Mini includes processing means for generating a set of data characterizing the intersection relative to a position of the pattern of light.<br><br>For example, the non-contact scanner includes an image processor for processing the images of light patterns captured by the camera system.<br><br>Thank you for purchasing the Geomagic Capture Series 3D Scanner. Geomagic Capture is a family of powerful, integrated scanner and software systems for professional Scan-Based Design and quality inspection. It is available in six application-specific configurations, combining the best of Geomagic software with a compact, ultra-precise blue light LED 3D scanner. |



For parts that have little geometry or are as big as insufficient in a scanner view range, place target markers on the part in order to use these features during alignment.

Scanning with target markers provides a faster and more convenient way of aligning multiple scans since the alignment algorithm is greatly speed up by having far fewer reference points to search for and match up.

F  **Capturing Options**
Options in this group allow users to manage their working environment and scan an object with optimal results.
There are six options:

| Icon | Option | Description |
|---|---|---|
| ★ | **Easy Scan** | Automatically determines the best exposure settings, and then captures an object.<br>**Note: HDR is used during the capturing process if necessary** |
| ▭ | **HDR** | Scans multiple times at varying levels of exposures in order to capture large contrast variances for scanned objects. |
| ⚡ | **High Sensitivity** | Special capturing option which allows for capturing of difficult-to-capture noisy surfaces, such as hair. |
| ⋀⋁ | **Reduce Noise** | Minimizes waves or ripples that may be cause by tiny movements or ambient vibration during a capture process. |
| ◉ | **Last Scan** | Displays the last set of scans created. |
| 🗑 | **Delete Last Scan** | Deletes the last scan data created. |

| | |
|---|---|
| | **SYSTEM REQUIREMENTS FOR GEOMAGIC CAPTURE APPLICATION**<br><br>• **Hardware**: The minimum hardware requirements are listed below. More memory will allow for larger models to be processed.<br>　• Processor: Intel® and AMD® processors, quad-core 2-GHz or above<br>　• RAM: 4 GB or more<br>　• Graphics Card: OpenGL 2.1 or above, 32 bit true color, 512MB GM or above<br>　• Scanner Interface: Gigabit Ethernet Interface<br>• **Operating System**: Supported operating systems are listed below.<br>　• Windows 7 (32-bit or 64-bit)<br>　• Windows 8 (32-bit or 64-bit)<br>• **Third-Party Application**: Microsoft .NET Framework 4.0<br><br>Source:https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf |
| transmitting means for transmitting some portion of the image or intersection data to a receiver; | The 3D Systems Capture Mini includes transmitting means for transmitting some portion of the image or intersection data to a receiver.<br><br>For example, the Capture Mini includes a transmitter (e.g. wireless Bluetooth transmitter or wired USB transmitter, depending on the model) for transmitting data associated with the captured images to a processor system.<br><br>**Network Configuration**<br>1. Make sure that all cables and cordsets that were delivered with a scanner are connected to the Geomagic Capture Series 3D scanner.<br>2. Connect the Geomagic Capture Series 3D scanner to a PC using a CAT5e Ethernet cable.<br>3. Enter the scanning command in the Geomagic application to connect the scanner. |



Source:https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/
WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf

| receiving means for receiving the transmitted processed intersection data; | The 3D Systems Capture Mini includes receiving means for receiving the transmitted processed intersection data.<br><br>For example, the Capture Mini includes a receiver (e.g. wireless Bluetooth transmitter or wired USB transmitter) is used for receiving data associated with the captured images to provide the data to a computer for further processing. |
| --- | --- |

**Network Configuration**

1. Make sure that all cables and cordsets that were delivered with a scanner are connected to the Geomagic Capture Series 3D scanner.

2. Connect the Geomagic Capture Series 3D scanner to a PC using a CAT5e Ethernet cable.

3. Enter the scanning command in the Geomagic application to connect the scanner.

Source: https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf

| tracking means for tracking the position of the projected | The 3D Systems Capture Mini includes tracking means for tracking the position of the projected pattern of structured light. |
|---|---|

| pattern of structured light; | For example, the non-contact scanner includes a position indicator for indicating the position at which a light pattern image was captured in relation to the target object.  Source:https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf |
|---|---|



Source: https://support.3dsystems.com/s/article/Setting-up-the-Capture-Scanner?language=en_US&r=880&ui-knowledge-components-aura-actions.KnowledgeArticleVersionCreateDraftFromOnlineAction.createDraftFromOnlineArticle=1

| means for associating each intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed; | The 3D Systems Capture Mini includes means for associating each intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed.<br><br>For example, a scanner tracking subsystem is used to track the position of the non-contact scanner as it is moved from an initial position to other positions to capture light pattern images from different locations around the target object. |
|---|---|



Source:https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf

| transforming means for transforming each intersection datum into coordinates of the object coordinate system; and | The 3D Systems Capture Mini includes transforming means for transforming each intersection datum into coordinates of the object coordinate system. |
|---|---|
| | For example, the computer calculates the X-Y-Z coordinate points of the entire surface geometry of the target object from the light pattern images as the light pattern shifts from the initial position. |

<table>
<tr><td></td><td>

Thank you for purchasing the Geomagic Capture Series 3D Scanner. Geomagic Capture is a family of powerful, integrated scanner and software systems for professional Scan-Based Design and quality inspection. It is available in six application-specific configurations, combining the best of Geomagic software with a compact, ultra-precise blue light LED 3D scanner.



**Best Fit** — Calculates a transform matrix by aligning scans scanned from each connected scanners with the best-fit alignment method and uses the transforms for registering the position of the **devices** or for aligning scans into one coordinate system.

**Target Markers** — After detecting target markers from scans scanned from each connected scanner, calculates a transform matrix so that the more than four scanned target markers can be matched, and then uses the transforms for registering the position of the **devices** or for aligning scans into one coordinate system.

Source:https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf

</td></tr>
</table>

| accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object. | The 3D Systems Capture Mini scanner includes accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object.

For example, the computer that executes algorithms to align every scan image automatically to create a highly accurate, complete 3D digital model of the object. |
|---|---|

In the Device Registration, select the desired registration method, then click **Register**.

The application will automatically take scans by rotating the plate in a certain degree, then will calibrate the turntable by aligning the scans. Once the process is completed, you will receive a "**Registration successful**" message.

Make sure that the part is on the turntable facing the scanner, then click **Scan**.

Scanning, processing, and alignment will be automatically performed. These processes may take several minutes to complete.



| | |
|---|---|
| **Best Fit** | Calculates a transform matrix by aligning scans scanned from each connected scanners with the best-fit alignment method and uses the transforms for registering the position of the **devices** or for aligning scans into one coordinate system. |
| **Target Markers** | After detecting target markers from scans scanned from each connected scanner, calculates a transform matrix so that the more than four scanned target markers can be matched, and then uses the transforms for registering the position of the **devices** or for aligning scans into one coordinate system. |

Source:https://s3.amazonaws.com/dl.3dsystems.com/binaries/support/downloads/WebFileDownload/c0a260487baa4612b94ae7fdfa7b5919_GeomagicCaptureHelp.pdf

**Accused Product List**

Sense 2

Capture

Capture Mini